UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
DOCKET NO. 2:14-CV-00002-FDW

| | |
|---|---|
| ROGER D. HARVERSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, Commissioner of )<br>Social Security Administration, )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court on Defendant's Motion for Entry of Judgment With Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Plaintiff's consent to that motion. (Doc. No. 26). For the reasons submitted in Defendant's Motion, and after reviewing the entire record in the case, Defendant's Motion is GRANTED.

It is therefore ordered that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Signed: September 10, 2014

Frank D. Whitney
Chief United States District Judge