# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| ROGER D. HARVERSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:14-cv-00002-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 10, 2014 Order.

Signed: September 10, 2014

Frank G. Johns, Clerk
United States District Court