UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 2:14-CV-00002-FDW

| | |
|---|---|
| ROGER D. HARVERSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees. (Doc. No. 32). Defendant filed a response. (Doc. No. 35). Pursuant to *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

Plaintiff's counsel seeks attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $6,100.00. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,612.50 (ECF No. 31).

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $6,100.00, and refund to Plaintiff the smaller award between this amount and the EAJA award.

IT IS SO ORDERED.

Signed: July 25, 2016

Frank D. Whitney
Chief United States District Judge